UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARIELLA CAMPISI,

                              Plaintiff,      **NOTICE OF APPEARANCE**

        -against-                        15-cv-4859 (KPF)

CITY UNIVERSITY OF NEW YORK,
and DEAN GEORGE RANALLI, *Individually*,

                            Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Defendant The City University of New York appears in this action by the undersigned, whose address and telephone number are as set forth below. This appearance is without prejudice to challenge personal or subject matter jurisdiction in this action or to assert any and all other applicable defenses.

Dated: New York, New York
           July 22, 2015

                                        ERIC T. SCHNEIDERMAN
                                        Attorney General of the State of New York
                                        *Attorney for The City University of New York*

                                          By:

                                          _____/s/_____
                                        ALISSA S. WRIGHT
                                        Assistant Attorney General
                                        120 Broadway, 24th Floor
                                        New York, New York 10271-0332
                                        Tel: (212) 416-6035